Certified Mail Number: 7004 1160 0003 0252 3750

**Notice of Fault and Opportunity to Cure**
**and Contest Acceptance**

*FILED*
*LODGED*
*RECEIVED*

JUL 3 1 2008

*AT SEATTLE*
*CLERK U.S. DISTRICT COURT*
*BY WESTERN DISTRICT OF WASHINGTON*
*DEPUTY*

*MAIL*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - SEATTLE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

July 28, 2008

*CR 92-395-BJR*

Dear Sir or Madam,

On June 11, 2008, the undersigned caused to be sent to you via certified mail number 7007 2680 0003 0822 5132: Bonded Bill of Exchange #602PA30370 with Processing Instructions; a Letter of Advice, your original presentment in the amount of $3,505,344.29USD - accepted for value and imprinted with my invoice number #JEM007251961-130 - along with copies of my UCC filing for said invoice, my good-faith Statement of Account, and a copy of Certificate of Service.

You failed to perform after receiving these presentments from Joseph-Earl: Meling on June 17, 2008. Your receipt and acceptance of this presentment is evidenced by the signature of one Bill Rose on the certified mail return receipt.

As the Respondent, you are now at fault and you are in agreement and have stipulated to my good-faith Statement of Account through your dishonor. You have the right to cure this fault within three (3) days and perform by processing my Bonded Bill of Exchange, which will discharge your original presentment in full, and return to me any documented correction to my Statement of Account if you determine that my accounting is incorrect.

Should you fail to cure your fault, this Notice and the undersigned's following Affidavit will establish the fact in the record of your "acceptance, agreement and general acquiescence" to the matter established upon Respondent's silence, pursuant to UCC, State Statute, case law and otherwise.

Thank you for your prompt attention to this matter

Sincerely,

92-CR-00395-LTR

Without Prejudice
JOSEPH EARL MELING © ENS LEGIS

By: _____
Joseph-Earl: Meling
Secured Party Creditor
Authorized Representative
Attorney-In-Fact

## CERTIFICATE OF SERVICE

On the 27th of _July_ , 2008, on behalf of Joseph-Earl: Meling, I caused to be mailed the papers identified as:

1. Notice of Fault and Opportunity to Cure and Contest Acceptance
2. Copy of Certificate of Service

by placing them in a postage pre-paid envelope, bearing Certified Mail Number 7004 1160 0003 0252 3750 addressed to:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - SEATTLE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

and placing said envelope in the mail box provided by the institution for U.S. Mail. This action is deemed filed at the time it was delivered to prison authorities for forwarding. (See Houston v. Lack, 101 L.Ed.2d 245 (1988)). My mailing location is:

Federal Correction Complex
Victorville Medium 1
13777 Air Expressway Blvd.
Victorville, California 92394

my mailing address is:

Federal Correction Complex
Victorville Medium 1
P.O. Box 5300
Adelanto, California 92301

I am over the age of 18 and not a party to the transaction regarding the papers I mailed. I declare under the pains of penalty for perjury, pursuant to 28 U.S.C. §1746 that the foregoing is true, correct, and not meant to mislead.

Executed this 27th day of _July_ , 2008.

Harry-Edwin: Miles

FILED
LODGED
RECEIVED

MAIL

JUL 31 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

Joseph-Earl: Meling 22719-086
Federal Correction Institute
P.O. Box 5300
Adelanto, California 92301

**CERTIFIED MAIL**



7004 1160 0003 0252 3750

JUL 2 6 2008

"The enclosed letter was processed
through special mailing procedures for
forwarding to you. The letter has been
neither opened nor inspected. If the writer
raises a question or problem over which
facility has jurisdiction, you may wish
to return the material for further information
and clarification. If the writer encloses
correspondence for forwarding to
another addressee, please return the
enclosure to the above address."

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - SEATTLE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

ATTN: CLERK OF THE COURT

98101+1271