THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH EARL MELING,<br><br>　　　　　Defendant. | CASE NO. CR92-0395-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motions for leave to file an overlength motion (Dkt. No. 474) and for an extension of time to file a reply brief (Dkt. No. 478). Finding good cause, the Court GRANTS both motions. Defendant has until May 9, 2024, to file a reply brief in support of his motion for a sentence reduction.

DATED this 29th day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
CR92-0395-JCC
PAGE - 1