THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH EARL MELING,<br><br>　　　　　　　　Defendant. | CASE NO. CR92-0395-JCC<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court on Defendant's motion to waive the filing fee or extend the time to submit request for *in forma pauperis* before the Court of Appeals (Dkt. No. 489). Finding good cause, the Court EXTENDS the deadline to seek leave to proceed in forma pauperis to August 30, 2024. Any such request must comply with Fed. R. App. P. 24.

　　DATED this 6th day of August 2024.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Kathleen Albert
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR92-0395-JCC
PAGE - 1