THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR92-0395-JCC |
| Petitioner, | ORDER |
| v. | |
| JOSEPH MELING, | |
| Defendant. | |

This matter comes before the Court on Petitioner's motion for leave to proceed *in forma pauperis* on appeal (Dkt. No. 494). Having thoroughly considered the relevant record, the Court hereby GRANTS the motion. Petitioner Joseph Meling is authorized to proceed with his appeal of this Court's order denying a sentence reduction (Dkt. No. 486) without prepayment of appellate filing fees.

//
//
//
//
//
//

DATED this 27th day of August 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE